UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Lonnie Henry, | Civil Action No.: 5:12-1956-TLW-KDW |
| Plaintiff, | |
| vs. | ORDER |
| Michael J. Astrue, Commissioner of Social Security Administration, | |
| Defendant. | |

On July 13, 2012, Plaintiff, appearing through counsel, filed this action appealing his denial of Social Security benefits. Defendant filed an answer and copy of the administrative record on November 15, 2012. ECF Nos. 13, 14. Plaintiff's brief in support of his appeal was due by December 20, 2012. *See* Local Civil Rule 83.VII.04 (D.S.C.); *see also* ECF No. 13. To date, Plaintiff has not filed his brief. Accordingly, it appears to the court that Plaintiff may wish to abandon this action. If Plaintiff wishes to pursue his appeal, he is ordered to file a brief in support of his appeal no later than **January 22, 2013**. Plaintiff is advised that if he fails to comply with this deadline, this undersigned may recommend that this matter be dismissed with prejudice for failure to prosecute. *See Davis v. Williams*, 588 F.2d 69, 70 (4th Cir. 1978); Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

January 7, 2013                                          Kaymani D. West
Florence, South Carolina                          United States Magistrate Judge